# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING PHARMACEUTICALS INC., FERRING INTERNATIONAL CENTER S.A., and FERRING B.V., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN INC., LUPIN ATLANTIS HOLDINGS SA, LUPIN LTD., and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 1:19-cv-00913-RGA |

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants Lupin Inc., Lupin Atlantis Holdings S.A., Lupin Limited, and Lupin Pharmaceuticals, Inc. hereby respectfully move the Court to enter judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) as to Count II of Plaintiffs' Complaint (D.I. 1) for failure to state a claim upon which relief may be granted.

The grounds for this motion are fully set forth in the accompanying opening brief, filed contemporaneously herewith and incorporated by reference herein.

Dated: September 13, 2019

Respectfully submitted,

**Phillips Goldman McLaughlin & Hall, P.A.**

*/s/ John C. Phillips, Jr.*_____
John C. Phillips, Jr. (jcp@pgmhlaw.com)
David A. Bilson (dab@pgmhlaw.com)
1200 North Broom Street
Wilmington, DE 19806
(302)-655-4200

<u>Of Counsel</u>
William A. Rakoczy (wrakoczy@rmmslegal.com)
John D. Polivick (jpolivick@rmmslegal.com)
Rachel P. Waldron
(rpernicwaldron@rmmslegal.com)
Thomas H. Ehrich (tehrich@rmmslegal.com)
Christopher P. Galligan
(cgalligan@rmmslegal.com)
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 222-6301

**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654

*Counsel for Lupin Inc., Lupin Atlantis Holdings S.A., Lupin Limited, and Lupin Pharmaceuticals, Inc.*