# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING PHARMACEUTICALS INC., FERRING INTERNATIONAL CENTER S.A., and FERRING B.V.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>LUPIN INC., LUPIN ATLANTIS HOLDINGS SA, LUPIN LTD., and LUPIN PHARMACEUTICALS, INC.,<br><br>　　　　　　Defendants. | Civil Action No. 1:19-cv-00913-RGA |

## [PROPOSED] ORDER

At Wilmington, this _____ day of _____, 2019, the Court having considered the Motion for Judgment filed by defendants Lupin Inc., Lupin Atlantis Holdings S.A., Lupin Limited, and Lupin Pharmaceuticals, Inc. and any papers submitted in connection therewith;

IT IS HEREBY ORDERED that the Motion is GRANTED.  It is further ORDERED that Count II of Plaintiffs' Complaint (D.I. 1) is hereby dismissed for failure to state a claim upon which relief may be granted.

Dated: _____, 2019　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Richard G. Andrews
　　　　　　　　　　　　　　　　　　　　United States District Judge