IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FERRING PHARMACEUTICALS INC., FERRING INTERNATIONAL CENTER S.A., and FERRING B.V., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN INC., <br><br> Defendant. | C.A. No. 19-cv-913-RGA |

**PLAINTIFFS' MOTION TO SHOW CAUSE
AS TO WHY LUPIN SHOULD NOT BE FOUND TO BE IN
<u>VIOLATION OF A PRIOR PROTECTIVE ORDER</u>**

Plaintiffs Ferring Pharmaceutical Inc., Ferring International Center S.A., and Ferring B.V. (collectively, "Plaintiffs") respectfully request an Order to show cause in writing as to why Lupin is not in contempt of Court for violation of the Protective Order in Case No. 17-cv-00894-RGA, and to support its assertion in the form of documents, logged privileged communications, or other materials, and all additional relief the Court deems appropriate.

A Proposed Order granting this motion is attached.

As required by Local Rule 7.1.1, counsel for Plaintiffs and Lupin have met and conferred and counsel for Lupin has indicated it will oppose this motion.

Dated: December 28, 2020

*Of Counsel:*

John W. Cox
WOMBLE BOND DICKINSON (US) LLP
271 17th Street NW, Suite 2400
Atlanta, GA 30363
Telephone: (404)-872-7000
John.Cox@wbd-us.com

Kenneth Mueller
WOMBLE BOND DICKINSON (US) LLP
Independence Wharf
470 Atlantic Avenue, Suite 600
Boston, MA 02110
Kenneth.Mueller@wbd-us.com

Respectfully submitted,

*/s/ Mary W. Bourke*
Mary W. Bourke (#2356)
Daniel M. Attaway (#5130)
John B. Bourke (#6534)
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4333
Mary.Bourke@wbd-us.com
Daniel.Attaway@wbd-us.com
Ben.Bourke@wbd-us.com

*Counsel for Plaintiffs Ferring Pharmaceuticals Inc., Ferring International Center S.A., and Ferring B.V.*