PHILLIPS, McLAUGHLIN & HALL, P.A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
LISA C. McLAUGHLIN+
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
TODD L. GOODMAN
PAUL S. SEWARD***

ALSO MEMBER OF
 *PENNSYLVANIA BAR
**NEW JERSEY BAR
+MARYLAND BAR

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806
———
(302) 655-4200
(302) 655-4210 (F)
pgmhlaw.com

February 10, 2021

**VIA CM/ECF (w/o Enc.)**
**VIA HAND DELIVERY (with Enc.)**
The Honorable Jennifer L. Hall
United States District Court
844 North King Street, Unit 17
Wilmington, DE 19801

Re:   *Ferring Pharmaceuticals Inc., et al. v. Lupin Inc.*,
      C.A. No. 19-913-RGA

Dear Magistrate Judge Hall:

Enclosed in a sealed envelope please find the Declaration of Lance A. Soderstrom, Esquire and the Declaration of Kathryn Jones, Esquire in support of Defendant Lupin Inc.'s Answering Brief in Opposition to Plaintiffs' Motion to Show Cause as to Why Lupin Should Not Be Found to Be in Violation of a Prior Protective Order. The Answering Brief was filed under seal earlier today. For the reasons set forth in its Februray 5, 2021 letter (D.I. 159), Lupin respectfully offers these Declarations for *in camera* review by Your Honor, without filing the same on the docket or disclosing them to Plaintiffs. [If the Court is not willing to conduct the requested restricted review of these Declarations, Lupin requests that the enclosed envelope not be opened.]

Respectfully submitted,

*/s/ John C. Phillips, Jr.*

John C. Phillips, Jr.  (No. 110)

cc: Plaintiffs' counsel of record (*via* CM/ECF & email w/o enc.)